McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
GRACE B. CARTER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAI LAO,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

      Defendant.

CASE NO. **2:02-CV-02711-GEB PAN**

STIPULATION AND [proposed] ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

It is stipulated by the parties through their undersigned

counsel, with the Court's approval, that counsel for Plaintiff be

awarded attorney's fees under the Equal Access to Justice Act (EAJA)

in the amount of TWO THOUSAND SEVEN HUNDRED EIGHTY TWO AND 40/100

DOLLARS ($2,782.40), for compensation for legal services rendered on

Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

constituting a compromise settlement for all fees under the EAJA in

this action, but not constituting any admission of Defendant's

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).


DATE: December 6, 2006          /s/ David M. Shore (as authorized on
                                December 5, 2006)
                                DAVID M. SHORE
                                Attorney at Law

                                Attorney for Plaintiff


DATE: December 6, 2006          McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U.S. Attorney


                          By:   /s/ Bobbie J. Montoya for
                                GRACE B. CARTER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

    Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,782.40, pursuant to the stipulation of the parties.

    APPROVED AND SO ORDERED.

Dated:  December 8, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAO v. Barnhart
EAJA Stip & Order
2:02-cv-02711-GEB PAN                    **3**